IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON

IN RE:  CHAPTER 13
ORDRY JOHNSON  CASE NO. 05-38040-H5-13

## NOTICE OF TRUSTEE'S
## INTENT TO PAY CLAIMS

Notice is hereby given to all parties in interest in the above captioned cause, that the time for filing and objecting to claims has expired, and that the official records of the Court and Trustee indicate that claims have been allowed as indicated on the schedule below.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICAN EXPRESS T.R.S.***<br>% BECKET & LEE LLP<br>P O BOX 3001 DEPT U<br>MALVERN, PA  19355-0701 | 8,888.59 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 2005<br>COMM: |
| CAPITAL ONE<br>% TSYS DEBT MNGMNT<br>P O BOX 5155<br>NORCROSS, GA  30091 | 1,826.90 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 8430<br>COMM: |
| CAPITAL ONE<br>% TSYS DEBT MNGMNT<br>P O BOX 5155<br>NORCROSS, GA  30091 | 1,637.30 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 8646<br>COMM: |
| CITIZENS STATE BANK<br>P O BOX 278<br>BUFFALO, TX  75831 | 47,664.34 | TO BE PAID OUTSIDE THE PLAN<br>PAID OUTSIDE<br>LAST 4 DIGITS OF ACCT #: 9460<br>COMM:  50 HEAD CATTLE/EQUIP |
| COUSHATTA CASINO RESORT<br>777 COUSHATTA DRIVE<br>KINDAR, LA  70648 | 129,750.00 | SPECIAL CLASS OF UNSECURED<br><br>LAST 4 DIGITS OF ACCT #: 72 +<br>COMM:  NSF CHECKS, MARKERS |
| DELTA DOWNS<br>2717 DELTA DOWNS DR<br>VINTON, LA  70668-6025 | 30,000.00 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #:<br>COMM: CASH |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ECAST SETTLEMENT CORPORATION<br>P O BOX 35480<br>NEWARK, NJ  07193-5480 | 1,659.73 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 9104<br>COMM:  CITIBANK |
| ECAST SETTLEMENT CORPORATION<br>P O BOX 35480<br>NEWARK, NJ  07193-5480 | 1,242.45 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 2563<br>COMM: HSBC BK |
| HOLLY CASINO<br>P O BOX 1107<br>SHREVEPORT, LA  71163-1107 | 24,000.00 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 8040<br>COMM: |
| ILA #24 FEDERAL CREDIT UNION<br>7811 HARRISBURG<br>HOUSTON, TX  77012 | 4,566.64 | TO BE PAID OUTSIDE THE PLAN<br>PAID OUTSIDE<br>LAST 4 DIGITS OF ACCT #: 5530<br>COMM: CROSS COLLATERALIZAT |
| ILA #24 FEDERAL CREDIT UNION<br>7811 HARRISBURG<br>HOUSTON, TX  77012 | 0.00 | TO BE PAID OUTSIDE THE PLAN<br>PAID OUTSIDE<br>LAST 4 DIGITS OF ACCT #: 0018<br>COMM: BAILERS |
| ILA #24 FEDERAL CREDIT UNION<br>7811 HARRISBURG<br>HOUSTON, TX  77012 | 0.00 | TO BE PAID OUTSIDE THE PLAN<br>PAID OUTSIDE<br>LAST 4 DIGITS OF ACCT #: 0026<br>COMM: TRAILERS |
| ILA #24 FEDERAL CREDIT UNION<br>7811 HARRISBURG<br>HOUSTON, TX  77012 | 0.00 | TO BE PAID OUTSIDE THE PLAN<br>PAID OUTSIDE<br>LAST 4 DIGITS OF ACCT #: 0027<br>COMM: |
| PALISADES COLLECTION<br>% CARNOHAN LAW OFFICES<br>P O BOX 3575<br>ABILENE, TX  79604-3575 | 9,479.98 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 1752<br>COMM: PROVIDIAN BK |
| PRO SE<br>DEBTOR ACTING AS<br>OWN ATTORNEY | 0.00 | ATTORNEY FEE<br><br>LAST 4 DIGITS OF ACCT #:<br>COMM: |
| SAM'S TOWN<br>315 CLYDFANT PKWY<br>SHREVEPORT, LA  71101-3204 | 47,500.00 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 8118<br>COMM: |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| UNITY NATIONAL BANK<br>2602 BLODGETT<br>HOUSTON, TX  77004 | 0.00 | TO BE PAID OUTSIDE THE PLAN<br>PAID OUTSIDE<br>LAST 4 DIGITS OF ACCT #: 7454<br>COMM:  HOMESTEAD |
| UNITY NATIONAL BANK<br>2602 BLODGETT<br>HOUSTON, TX  77004 | 0.00 | TO BE PAID OUTSIDE THE PLAN<br>PAID OUTSIDE<br>LAST 4 DIGITS OF ACCT #: 7450<br>COMM:  TRUCK |
| TOTAL: | $308,215.93 | |

The undersigned Trustee has commenced making distributions on the foregoing claims in accordance with the provisions of the plan and the Local Rules and Procedures for Administration of Chapter 13 Bankruptcy Cases.

/s/  William E. Heitkamp
---
William E. Heitkamp
CHAPTER 13 TRUSTEE
ADMISSIONS ID NO. 3857
9821 Katy Freeway Suite 590
Houston, TX  77024
713-722-1200

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the U.S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on 02/14/2008. A copy of the Certificate of Mailing of this document is on file and may be viewed at the U.S. Bankruptcy Clerk's Office.


Electronically signed by
William E. Heitkamp, Chapter 13 Trustee
9821 Katy Freeway Suite 590
Houston, TX  77024
713-722-1200